IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFERY W. LARSON,<br><br>　　　　　　Defendant. | CR 12-74-BLG-SPW<br><br>ORDER |

On March 22, 2023, United States Magistrate Judge John Johnston entered Findings and Recommendations with respect to the March 27, 2020, petition for revocation of Defendant Jeffery W. Larson's supervised release. (Docs. 53 and 36). Although the parties were notified of their right to file objections to the Findings and Recommendations within 14 days, neither party objected. Consistent with the Court's "full authority" to review the Findings and Recommendations under any standard it deems appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear error. Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Based on Larson's admission to the alleged violation, Judge Johnston recommends Larson's supervised release be revoked. Judge Johnston further recommends that this Court sentence Larson to a term of time served with 113 months of supervised release to follow. Lastly, Judge Johnston recommends that Larson's conditions of release be amended to state that he may not possess any device that is capable of accessing the Internet. Judge Johnston's Findings and Recommendations are without clear error and are hereby adopted in full.

IT IS ORDERED that Defendant Larson's supervised release is revoked. Judgment will be entered by separate document.

DATED this 6th day of April, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge